**Order entered June 17, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00385-CV

**KIMBERLY D. HOGAN, Appellant**

**V.**

**ASPIRE FINANCIAL, INC., D/B/A ASPIRE LENDING, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01806**

## ORDER

Appellant Kimberly D. Hogan's June 7, 2021 motion to correct the record/ docket is **DENIED**.

/s/    CRAIG SMITH
JUSTICE